UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                                        )
TIMOTHY PIGFORD et al.,                 )
                                        )
        Plaintiffs,                     )
                                        )
    v.                                  )      Civil Action No. 97-1978 (PLF)
                                        )
TOM VILSACK, Secretary,                 )
United States Department of Agriculture,)
                                        )
        Defendant.                      )
_____ )
                                        )
CECIL BREWINGTON et al.,                )
                                        )
        Plaintiffs,                     )
                                        )
    v.                                  )      Civil Action No. 98-1693 (PLF)
                                        )
TOM VILSACK, Secretary,                 )
United States Department of Agriculture,)
                                        )
        Defendant.                      )
_____ )
```

ORDER

For the reasons explained in the accompanying Opinion issued this same day,

it is hereby

ORDERED that the Wises' Motion to Compel Written Consent to Op Out

[Dkt. 2002] is DENIED; it is

FURTHER ORDERED that the Wises' Motion for Contempt and to Enforce the

Pigford Consent Decree [Dkt. 2003] is DENIED; it is

FURTHER ORDERED that the Wises' Emergency Motion for Preliminary

Injunction Against Foreclosure [Dkt. 2006] is DENIED as moot; it is

FURTHER ORDERED that the Wises' Emergency Motion for an Order on

Dkt. 2003 [Dkt. 2031] is DENIED as moot; it is

FURTHER ORDERED that the Wises' Motion for a Declaratory Judgment

[Dkt. 2037] is DENIED; it is

FURTHER ORDERED that the Bateses' Motion [Dkt. 2017] is DENIED; it is

FURTHER ORDERED that the Bateses' Objection [Dkt. 2018] is DENIED; it is

FURTHER ORDERED that Parker's Motion for a Declaratory Judgment

[Dkt. 2040] is DENIED; and it is

FURTHER ORDERED that Cowtown's Motion to Intervene and Freeze the

Remaining Funds [Dkt. 2048] is DENIED.  This is a final appealable order.  See FED. R. APP. P.

4(a).

SO ORDERED.


/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  September 15, 2016